IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY FOX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:22-CV-68-RAH |
| TUSKEGEE UNIVERSITY, | ) ) ) |
| Defendant. | ) |

**ORDER**

On November 23, 2022, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 24.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 24) is ADOPTED;

2. The Motion to Dismiss (Doc. 19) is DENIED as to Count I and GRANTED as to Count II of the Amended Complaint;

3. This matter is referred to the Magistrate Judge for further proceedings.

DONE, on this the 20th day of January, 2023.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE