UNITED STATES DISTRICT COURT
MIDDLE DISTRICICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2025 MAR 24 A 11: 32
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DR. JEFFREY FOX
 _Plaintiff,_

Tuskegee University
 _Defendant,_

Civil Action No. 3:22CV68

## NOTICE OF APPEAL

Notice is hereby given that __Dr. Jeffrey Fox__ above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the __USDC Middle District of Alabama__ entered in this action on the __24th__ day of __March__, 20__25__.

_Signature_

March 24 2025
Date of Signature

The Residences 1365 GATWOOD DRIVE
WEST 111
AUBURN AL 36830
Address

334-832-1113
Phone