THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY FOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:22-CV-68-RAH-KFP |
| ) | |
| TUSKEGEE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Defendant's Motion for Award of Costs (Doc. 114), it is ORDERED that Plaintiff must file a response by **April 17, 2025**, showing cause why it should not be granted. Defendant may file a reply by **April 24, 2025**.

DONE this 3rd day of April, 2025.
.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE