THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JEFFREY FOX,                            )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )    CASE NO. 3:22-CV-68-RAH-KFP
                                        )
TUSKEGEE UNIVERSITY,                    )
                                        )
        Defendant.                      )

## **ORDER**

Upon consideration of Defendant's Motion for Award of Costs (Doc. 114) and Plaintiff's Response to the Motion (Doc. 116), it is ORDERED that Defendant must contact Plaintiff and discuss the possibility of resolving the case, including mooting the appeal, through waiver of costs.

It is further ORDERED that the parties confer no later than **May 2, 2025**, and they must file a joint status report by **May 9, 2025**.

DONE this 18th day of April, 2025.


/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE