IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JEFFREY FOX,
Plaintiff,
v.
)
) CASE NO. 3:22CV68
)
TUSKEGEE UNIVERSITY,
Defendant.

RECEIVED

2025 MAY -6  P 2:22

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Addendum to May 2nd Motion: May 6th Motion**

    The May 2nd motion requested the Court to amend the verdict in this case, as a result of the Defendants defying the first part of your April 18th court order by not contacting me before May 2nd. But the order was in 3 parts. As of today May 6th, the Defendants have still not agreed to confer, and that was the second part. You ordered a joint statement by May 9th, but the Defendants have defied your order as to the first two parts. How can I (a lifelong Democrat) issue a joint statement with Trumpist-style court order defying attorneys?

    So, I move to simply reverse the entire verdict issued on March 20th and rule in my favor by ruling for me, and simply reinstating me for the coming academic year 2025-2026, as the French professor. Contracts aren't even issued in the College of Arts and Sciences until August anyway. Your ruling still gives the University plenty of time to adapt to your order, and saves me from having to confer with Trump style (court order defying) attorneys. Please save me from them, and get me back to what I do best, and that's teaching the French class.

    Thank you.

                                              Filed in Court

                                              May 6th, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

**CERTIFICATE OF SERVICE**

I, Jeffrey H. Fx, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 6th day of May 2025 to:

Dorivie Dop Kins c/o Lisa Dotkins
420 20th St North
Suite 1900
Birmingham AL 35203

6 May 2025
Date

Signature