IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY FOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:22-cv-68-RAH |
| | ) |
| TUSKEGEE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

On June 13, 2025, Defendants filed their notice of *Counsel's Unavailability on June 25, 2025 and Request That the Hearing be Reset and Include Consideration of Tuskegee's Previous, Multiple Efforts to Resolve the Subject Matter of the Hearing*. (Doc. 143.) Accordingly, for good cause, it is **ORDERED** that the Request to Reset the Hearing (doc. 143) is **GRANTED** and the hearing previously set for June 25, 2025 is **RESET** to **July 1, 2025 at 10:00 a.m.**

**DONE**, on this the 16th day of June, 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE