**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

)
)**Dr. Jeffrey H. Fox**
**Plaintiff**
) **CASE NO. 3:22CV68**
)
**TUSKEGEE UNIVERSITY,**
**Defendant**

RECEIVED

2025 JUN 23  A 8: 18

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**PROPOSAL TO SETTLE THE CASE, FILED ON Julian McPhillips memorial day**
**In 2 Steps:**

1.  Both sides withdraw all their motions.

2.  Agreement between the two sides, enforced by the Court, the Court reserving the
    right to unilaterally enforce this should defendants not agree:

By this motion, the Plaintiff agrees:

A.  Plaintiff withdraws from all appeals of verdict.
B.  Plaintiff agrees to not file a slander lawsuit against the defendants.
C.  Plaintiff agrees to not seek reinstatement by the defendants, now or in the future.
D.  Plaintiff agrees to not file any lawsuits against the defendants in the future.
E.  Plaintiff agrees to defendants wish for non-disclosure and non-disparagement.

Defendants pay plaintiff 5,000$ for agreeing to all 5 points and for court defiance.

Short argument

The original order to appear in courtroom stated 9:30 am discussions with

representative from Tuskegee present. The new order doesn't mention that, just saying

10 a.m. in the Courtroom. In essence, the defendants defied the original court order by

the Court, cleverly counting on the court to not include the 9:30 meeting in the new

order. It's certainly not too late to order the negotiation at 9:30 and the Tuskegee

representative to appear. But beyond that, recognition by the Court of the true

intentions of the defendants needs to occur. Their goal in an ageism and retaliation case

was always to delay, and let the plaintiff get even older, or die, and they have done so for

almost five years. Every time the Court, whether intentionally or unintentionally,

gratifies their wish to delay.

It has to stop! Please. Thank you    Dr. Jeffrey H. Fox

Jeffrey Fox  Ju 23, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_EASTERN_ DIVISION

## CERTIFICATE OF SERVICE

I, _DR. Jeffrey H. Fox_, do hereby Certify that a true and correct copy
of the foregoing has been furnished by _U.S. MAIL_ (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this _____ day of _23 ~ June 2025_ to:

Ogletree/Deakins
Lisa Atkins/Kimberly Davis
420 20 ᵗʰ St. Suite 1900
Birmingham AL
35203

_23 June 2025_
Date

Signature