IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JEFFREY FOX
Plaintiff,
VS.

CASE NO. 3:22CV68

TUSKEGEE UNIVERSITY, Defendant

RECEIVED
2025 JUL -9 A 10: 25
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Comes now pro se Plaintiff (154 on docket) to help end the case. First idea is ordering mediation as Defendants and their desired Attorney's refuse to contact pro se Plaintiff unless the Court orders it. Attorneys said this upon leaving the Court on July 1, 2025. I note the rejection of sanctions (153) but ask the Court to reconsider this new defiance of Court wishes expressed on July 1, 2025 "to contact, confer, and finally end this case." The defendants refuse to do this. Are the conclusions reached in 152-153 possibly premature? Please consider ordering a trial.

In addition to suggesting mediation or a trial, could the Court please reconsider 152-153, and impose daily fines of 1,000 dollars a day against the defendants, as the Court's orders, and wishes, continue to be violated? Defendants have still never contacted the pro se Plaintiff in a civil way. Their idea of contact was merely to list 11 extraneous demands, which they refused to clarify as they had added "and not limited to this." Perhaps fines could start beginning July 1, when they taunted the pro se plaintiff, or 9,000$ as of today, and continue each day until they make civil contact such as "Hello, how are you? Could we discuss meeting to simply settle?" The verdict's "costs taxed to the plaintiff" has become "assault the pro se plaintiff".

Since the defendants brazenly defy Court orders, isn't it possible that a firm court action, such as suggesting reopening CV3:22CV68 would work? The defendants' conduct is not worthy of the Court's kind verdict to them. Finally, please help by rejecting motion 114 and calling "costs" the loss of the job and the salary.

Thank you, filed respectfully in Court, July 9th, 2025, Dr. Jeffrey H. Fox

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

### CERTIFICATE OF SERVICE

I, __Dr. Jeffery M. Foy__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __9th__ day of __July__ 20__25__ to:

Ogilvie Deakins,
Lisa Atkins / Kimberly Owens
420 20th St North
Suite 1900
Birmingham AL
30320

__July 9th 2025__
Date

__[Signature]__
Signature